**BREDHOFF & KAISER, P.L.L.C.**
*Attorneys & Counselors*
**805 Fifteenth Street, N.W.**
**Washington, D.C.  20005-2207**
**(202) 842-2600**
**Facsimile:  (202) 842-1888**
**http://www.bredhoff.com**

Julia Penny Clark
Jeffrey R. Freund
W. Gary Kohlman
Jeremiah A. Collins
Mady Gilson
Bruce R. Lerner
Andrew D. Roth
John M. West
Douglas L. Greenfield
Roger Pollak
Anne Ronnel Mayerson
Leon Dayan
Devki K. Virk
Robert Alexander
Matthew Clash-Drexler
Abigail V. Carter
Joshua B. Shiffrin
Ramya Ravindran

Daniel A. Zibel
Raphael Rajendra
Jacob Karabell
Tanaz Moghadam
Thomas W. Perez-Lopez
Zachary Ista
Caitlin Kekacs
----------
Laurence Gold
Patricia Polach
Susan G. Lahne
Kathleen Keller
Jenifer A. Cromwell
Philip C. Andonian
Tearyn J. Loving
Of Counsel
----------
Robert M. Weinberg
Senior Counsel

Elliot Bredhoff
(1921 – 2004)
Henry Kaiser
(1911 - 1989)

May 9, 2014

**Via ECF**

Deborah S. Hunt, Clerk
U.S. Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: **UAW v. GM**, No. 14-1019 (Scheduling of Oral Argument)

Dear Clerk of the Court:

I am writing to request that oral argument in the above-referenced appeal not be scheduled for any of the Court's July 30, 2014 – August 1, 2014 or August 4, 2014 – August 8, 2014 Session Days.  The basis of this request is a longstanding family vacation planned for the period from July 30, 2014 – August 13, 2014.

Thank you kindly for your consideration in this matter.

Respectfully submitted,

/s/ Andrew D. Roth
Andrew D. Roth

Counsel for Plaintiff-Appellant UAW