# United States Court of Appeals
# For the Sixth Circuit

## Oral Argument Acknowledgment

Sixth Circuit Case No.: __14-1019__

Case Name: __UAW__ vs. __General Motors, LLC__

I will be presenting oral argument for:

- ✓ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor
- ☐ Other

Party Name/s:

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America

Attorney's Name: Andrew D. Roth

Argument Date: October 9, 2014

**If you have not previously registered as an ECF filer
and filed an appearance form in this case, you must do both.**

Docketing Instructions:
First, select the *Event Category* of **Argument**.
Second, choose **argument acknowledgment.**

Rev. 8/12