**842 - 8th Floor Courtroom, 9:00 A.M.**                    Thursday, October 09, 2014

Boggs, Sutton, Stranch

**14-1019    UAW v. General Motors LLC**

International Union, United Automobile, Aerospace and        ret  Andrew Dean Roth   S
Agricultural Implement Workers of America UAW

    **Plaintiff - Appellant**

**V.**

General Motors, LLC                                          ret  Shay Dvoretzky

    **Defendant - Appellee**

In this action under the Labor Management Relations Act seeking retiree medical benefits, the union appeals the summary judgment for GM.   (15 Minutes Per Side)

Patterson