**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 7, 2014

Mr. W. Gary Kohlman
Mr. Andrew Dean Roth
Bredhoff & Kaiser
805 Fifteenth Street, N.W.
Suite 1000
Washington, DC 20005

Ms. Johanna Fabrizio Parker
Jones Day
901 Lakeside Avenue, E.
Cleveland, OH 44114

Mr. Edward W. Risko
General Motors Corporation
MC 482-C25-B21
300 Renaissance Center
P.O. Box 300
Detroit, MI 48265-3000

Mr. Jeffrey D. Sodko
Associate General Counsel
International Union, UAW
8000 E. Jefferson Avenue
Detroit, MI 48214

            Re: Case No. 14-1019, *UAW v. General Motors LLC*
                 Originating Case No. : 2:10-cv-11366

Dear Counsel:

   This appeal has been docketed as case number **14-1019** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **January 21, 2014**.

|           |                                                          |
|-----------|----------------------------------------------------------|
| Appellant: | Appearance of Counsel |
|           | Civil Appeal Statement of Parties & Issues |
|           | Transcript Order |
|           | Disclosure of Corporate Affiliations |
|           | Application for Admission to 6th Circuit Bar (if applicable) |
|           |                                                          |
| Appellee: | Appearance of Counsel |
|           | Disclosure of Corporate Affiliations |
|           | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Jeanine R. Hance
Case Manager
Direct Dial No. 513-564-7037

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 14-1019

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW

   Plaintiff - Appellant

v.

GENERAL MOTORS LLC

   Defendant - Appellee