UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: **14-1019**

Case Name: **UAW** vs. **General Motors LLC**

Client's or Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW")

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☑

Name: **Andrew D. Roth**

Admitted: **9/17/1990**
(Sixth Circuit admission date only)

Signature: **/s/ Andrew D. Roth**

Firm Name: **Bredhoff & Kaiser, P.L.L.C.**

Business Address: **805 15th Street, N.W.**

Suite: **1000**   City/State/Zip: **Washington, D.C. 20005**

Telephone Number (Area Code): **202-842-2600**

Email Address: **aroth@bredhoff.com**

---

**CERTIFICATE OF SERVICE**

I certify that on **January 16, 2014** the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ **Andrew D. Roth**

---

6ca-68
6/12