UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **14-1019**

Case Name: **UAW v. General Motors LLC**

Is this case a cross appeal?   ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☐ Yes   ☑ No
If yes, state:
  Case Name: _____   Citation: _____
  Was that case mediated through the court's program?   ☐ Yes   ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> **This appeal is being taken against General Motors LLC ("New GM"). The specific issues presented are:**
>
> **1. Did the District Court err in granting summary judgment in favor of Defendant New GM on a ground that New GM never argued (indeed, orally conceded away) and that is belied by the undisputed material facts of record— viz., the ground that when New GM purchased the assets of "Old GM" in Old GM's 2009 bankruptcy proceeding, New GM did not assume a $450 million payment obligation to the "DC VEBA" provided for by a prior agreement between Plaintiff UAW and Old GM?**
>
> **2. Should the District Court be instructed on remand to enter summary judgment in favor of the UAW on the UAW's breach-of-contract claim against New GM seeking immediate satisfaction of the aforementioned $450 million payment obligation to the DC VEBA, given the undisputed material facts of record conclusively demonstrating that: (a) New GM did assume that $450 million payment obligation in Old GM's 2009 bankruptcy proceeding; (b) there is no merit in New GM's affirmative defense that its assumed $450 million payment obligation to the DC VEBA was contemporaneously "extinguished" by a separate agreement between the parties in this very same bankruptcy proceeding; and (c) all conditions precedent to the satisfaction of New GM's assumed $450 million payment obligation have been fulfilled?**
>
> **3 Should the District Court be further instructed on remand to include pre-judgment interest in the summary judgment in favor of UAW as compensation for New GM's failure to make the contractually-required $450 million payment to the DC VEBA when that payment came due in October of 2009?**

**This is to certify that a copy of this statement was served on opposing counsel of record this  16th  day of  January , 2014 .**

**Andrew D. Roth**
Name of Counsel for Appellant

6CA-53
Rev. 6/08