UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: **14-1019**

Case Name: **UAW** vs. **General Motors LLC**

Client's or Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

**General Motors LLC**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☑

Name: **Robert S. Walker**
Admitted: **April 18, 1985** (Sixth Circuit admission date only)

Signature: **s/ Robert S. Walker**
Firm Name: **Jones Day**
Business Address: **North Point, 901 Lakeside Avenue**
Suite: _____   City/State/Zip: **Cleveland, Ohio 44114**
Telephone Number (Area Code): **(216) 586-7249**
Email Address: **rswalker@jonesday.com**

---

**CERTIFICATE OF SERVICE**

I certify that on **January 17, 2014** the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ **Robert S. Walker**

---