UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: __14-1019__

Case Name: __UAW__ vs. __General Motors LLC__

Client's or
Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

| General Motors LLC |
|---|

☐ Appellant     ☐ Petitioner     ☐ Amicus Curiae     ☐ Criminal Justice Act
☑ Appellee      ☐ Respondent    ☐ Intervenor                 (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☐

Name: __Corey D. Clay__                    Admitted: __May 31, 2013__
                                                                (Sixth Circuit admission date only)

Signature: __s/ Corey D. Clay__

Firm Name: __Jones Day__

Business Address: __North Point, 901 Lakeside Avenue__

Suite: _____     City/State/Zip: __Cleveland, Ohio 44114__

Telephone Number (Area Code): __(216) 586-7545__

Email Address: __cclay@jonesday.com__

---

CERTIFICATE OF SERVICE

I certify that on __January 17, 2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Corey D. Clay__

---

6ca-68
6/12